## STATEMENT OF FACTS

Your affiant, Matthew Jones, is a Special Agent with the Federal Bureau of Investigation ("FBI") and I am currently assigned to the FBI's Miami Field Office. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the U.S. Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Evidence Linking WILLIAM ROGAN REID to Assault on the U.S. Capitol*

On or about January 29, 2021, the FBI received a tip from an individual ("Person 1") stating that an individual known to Person 1 as WILLIAM ROGAN REID, who lives in Florida, was at the U.S. Capitol building on January 6, 2021.

On or about February 11, 2021, the FBI interviewed Person 1 by telephone. Person 1 said he/she knew REID personally, knew REID's voice, and had observed on REID's Instagram account a video that appeared to have been taken by REID showing other people inside the U.S. Capitol Building on January 6, 2021. Person 1 said that REID's voice could be heard on the video. On or about March 7, 2021, Person 1 advised that REID had a new Instagram account under the username "blumpkinvice."

On or about March 24, 2021, I reviewed publicly available video footage taken from inside the U.S. Capitol on January 6, 2021. In the video, an individual resembling REID appears at approximately 9 minutes and 41 seconds into the video. Below is a screenshot from the video as well as a magnification of the video showing REID's face.





I have compared images of the person in this video against the photograph of REID maintained by the Florida Department of Highway Safety and Motor Vehicles ("DHSMV") and it appears to be the same person. The address REID provided to the DHSMV is in Davie, Florida 33328.[1]

On or about March 24, 2021, I reviewed the Instagram account "blumpkinvice," an open account viewable by the public. On this account, I found a link to a Discord account called "the blumpkin#4602" which is also an open account viewable by the public. In a post dated March 11, 2021, the user of the account stated "The 6th was the breaking point for a lot of people but they're cowering in fear again because of incaerceration [sic]" In another post dated March 11, 2021, the user of the account stated "The 6th was our Boston Tea Party." In a post dated March 13, 2021, the user of the account stated "I rushed the Capitol" "Hi, Feds" "Now you can all relax, im the target." "I'LL FUCKIN DO IT AGAIN"



Records obtained from Instagram show that the user of the "blumpkinvice" account provided a phone number ending in -3559.

Records obtained from AT&T show that the subscriber of the phone number ending in -3559 is "Rogan Reid" at the same address as in REID's DHSMV records.

According to records obtained through a search warrant which was served on AT&T, on January 6, 2021, in and around the time of the incident, the cellphone associated with the phone number ending in -3559 was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol building.

Based on the aforementioned evidence, there is probable cause to believe that REID was present inside the U.S. Capitol on January 6, 2021 during the riot and related offenses that occurred at the U.S. Capitol Building on January 6, 2021 and participated in the obstruction of the Congressional proceedings.

---

[1] The full address with street number and street name is included in the DHSMV records, but is not used here as this document will be filed on the public docket.

Your affiant submits that there is also probable cause to believe that WILLIAM ROGAN REID violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that WILLIAM ROGAN REID violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Matthew Jones, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of March 2021.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE